Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

In the Matter of EDWARD A. FREDETTE et al., Respondents-Appellants, v. DONALD S. HOSTETTER et al., Constituting the New York State Liquor Authority, Appellants-Respondents.—

Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

BANK OF BUFFALO, Respondent, v. IRENE SKINITIS et al., Appellants.

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.